# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

FILED

MAR 02 2017

SUSAN Y SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### THE UNITED STATES OF AMERICA

### VS

### MATHEW GRENZEBACH

EJD

SVK

**INDICTMENT** **CR 17   00110**

| | |
|---|---|
| **Counts 1 and 2:** | **18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography** |
| **Count 3:** | **18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography** |

*A true bill.*

_____
*Foreperson*

*Filed in open court this* __2__ *day of* __March__ *A.D. 201*7

_____
*United States Magistrate Judge*

*Bail. $* __No Bail Arrest Warrant__

_____

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2



3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11                                              EJD
                                                         SVK
   UNITED STATES OF AMERICA,        )   CR 17   00110
12                                  )
          Plaintiff,                )
13                                  )   VIOLATIONS:
       v.                           )   18 U.S.C. § 2252(a)(4)(B) – Possession of Child
14                                  )   Pornography; 18 U.S.C. § 2252(a)(2) – Receipt of
   MATHEW GRENZEBACH,               )   Child Pornography; 18 U.S.C. § 2253(a)(1) & (a)(3)
15                                  )   – Forfeiture
          Defendant.                )
16                                  )
                                    )   SAN JOSE VENUE
17                                  )
                                    )
18 _____)

19                        I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:  18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography)

22       On or about February 23, 2016, in the Northern District of California, the defendant,

23                        MATHEW GRENZEBACH,

24  did knowingly possess at least one matter—namely one Sandisk 64 GB flash drive model sdcz60—

25  which contained at least one visual depiction that was produced using materials which had been mailed

26  and shipped and transported using any means and facility of interstate and foreign commerce, including

27  by computer, the production of such visual depiction involved the use of a minor who was prepubescent

28  and who had not attained the age of twelve engaging in sexually explicit conduct, and such visual

   INDICTMENT

1  depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and

2  (b)(2).

3  COUNT TWO:  18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography)

4        On or about August 2, 2016, in the Northern District of California, the defendant,

5                         MATHEW GRENZEBACH,

6  did knowingly possess at least one matter—namely one Lexar 128 GB flash drive—which contained at

7  least one visual depiction that was produced using materials which had been mailed and shipped and

8  transported using any means and facility of interstate and foreign commerce, including by computer, the

9  production of such visual depiction involved the use of a minor who was prepubescent and who had not

10  attained the age of twelve engaging in sexually explicit conduct, and such visual depiction was of such

11  conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

12  COUNT THREE:  18 U.S.C. § 2252(a)(2) (Receipt of Child Pornography)

13        Between approximately June 2016 and approximately August 2016, in the Northern District of

14  California, the defendant,

15                         MATHEW GRENZEBACH,

16  did knowingly receive at least one visual depiction that had been shipped or transported in or affecting

17  interstate or foreign commerce by any means including by computer—namely by downloading such

18  visual depiction from the Internet onto one Acer model Aspire xc-603g personal computer, serial

19  number dtsuvaa0034240b062300—and the production of such visual depiction involved the use of a

20  minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, in violation

21  of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

22  FORFEITURE ALLEGATIONS:  18 U.S.C. §§ 2253(a)(1) & (a)(3)

23        1.     The allegations contained in Counts One through Three of this Indictment are hereby

24  realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant

25  to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

26  / / /

27  / / /

28

INDICTMENT

1      2.        Upon conviction of any of the offenses charged in Counts One through Three, the

2  defendant,

3                                MATHEW GRENZEBACH,

4  shall forfeit to the United States all visual depictions described in Title 18, United States Code Section

5  2252, and all property, real or personal, used or intended to be used to commit or promote the

6  commission of the offense of conviction, including but not limited to, the following items:

7                  a)       One Sandisk 64 GB flash drive model sdcz60;

8                  b)       One Lexar 128 GB flash drive; and

9                  c)       One Acer Aspire xc-603g computer, serial number dtsuvaa0034240b062300.

10      All pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3) and Rule 32.3 of the

11  Federal Rules of Criminal Procedure.

12

13  DATED:                                  A TRUE BILL

14      *march 2, 2017*

15          *C.O.*

16                                      FOREPERSON

17  BRIAN J. STRETCH

    United States Attorney

18

19

20  AMBER ROSEN

    Deputy Chief, San Jose Branch Office

21

22  (Approved as to form: _____ )

23                       AUSA John Bostic

24

25

26

27

28

INDICTMENT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

COUNTS 1& 2: 18 U.S.C. § 2252(a)(4)(B): Possession of Child Pornography

COUNT 3: 18 U.S.C. § 2252(a)(2): Receipt of Child Pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Counts 1&2:  Up to 20 years imprisonment; up to $250,000 fine; supervised release up to life (5 years min); $100 special assessment
Count 3:  Up to 20 years imprisonment (5 years min); up to $250,000 fine; supervised release up to life (5 years min); $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ Mathew Grenzebach

DISTRICT COURT NUMBER

*FILED*
MAR 02 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CR 17 00110 EJD

SVK

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   John C. Bostic

**DEFENDANT**

IS *NOT* IN CUSTODY
    Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes    If "Yes" give date filed _____
☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT        Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# CR 17    00110



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAR 02 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | |
|---|---|---|
| **CASE NAME:** | | **CASE NUMBER:** |
| USA v.  Mathew Grenzebach | | CR |
| **Is This Case Under Seal?** | Yes | No ✓ |
| **Total Number of Defendants:** | 1 ✓  2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF     OAK | SJ ✓ |
| **Is this a potential high-cost case?** | Yes | No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
| **Is this a RICO Act gang case?** | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** John Bostic

**Date Submitted:** 3/2/17

**Comments:**

RESET FORM       SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)