PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Howard R. Lloyd<br>U.S. Magistrate Judge | **RE:** | Matthew GRENZEBACH |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | CR17-00110 EJD |
| **Date:** | 4/7/17 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony R. Granados, Specialist    (408) 535-5223

U.S. Pretrial Services Officer    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   **A. The defendant shall abstain from alcohol and abstain from the use and/or possession of any narcotic or other controlled substance without a legal prescription;**
   **B. The defendant shall participate in substance abuse and/or mental health counseling as directed by Pretrial Services;**
   **C. The defendant shall submit to drug testing as directed by Pretrial Services; and**
   **D. The defendant shall not change residence without the prior approval of Pretrial Services**

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____    _____4/7/17_____
**JUDICIAL OFFICER**            **DATE**