PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Howard R. Lloyd<br>U.S. Magistrate Judge | RE: | Mathew Grenzebach |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 0971 5:17CR00110 |
| Date: | 4/7/17 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Kim Do | (408) 535-5224 |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   A. The defendant shall not change residence without prior approval of Pretrial Services; and
   B. The defendant shall not use alcohol and shall not use of possess any narcotic or other controlled substance without a legal prescription; and
   C. The defendant shall submit to drug testing and drug counseling, as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____    _____
JUDICIAL OFFICER              DATE  4/16/17