PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Howard R. Lloyd<br>U.S. Magistrate Judge | RE: | Matthew GRENZEBACH |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | Docket No.: | CR17-00110 EJD |
| Date: | 4/25/17 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados, Specialist                    (408) 535-5223

U.S. Pretrial Services Officer                    TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

[X] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____    _4/26/17_
JUDICIAL OFFICER             DATE