## PROPOSED ORDER/COVER SHEET

TO:        **Honorable Howard R. Lloyd**           **RE:**   **Matthew GRENZEBACH**
            **U.S. Magistrate Judge**

FROM:   **Roy Saenz, Chief**               **Docket No.:**   **CR17-00110 EJD**
              **U.S. Pretrial Services Officer**

**Date:**      **5/15/17**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados, Specialist                  (408) 535-5223

U.S. Pretrial Services Officer                 **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. **2** on **5/24/17** at **1:30 pM**.

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

    A.

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

**JUDICIAL OFFICER**           **DATE**   **5/16/17**