UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** July 10, 2017 | **Time:** 1:47 - 1:49 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 2 mins | |
| **Case No.:** 17-cr-00110 EJD | **Case Name:** UNITED STATES v. Mathew Grenzebach (P) | |

**Attorney for Plaintiff:** John Bostic

**Attorney for Defendant:** Robert Carlin

| | |
|---|---|
| **Deputy Clerk:** Lili M. Harrell | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

## PROCEEDINGS – STATUS CONFERENCE

Defendants present and out of custody. Robert Carlin substitutes in as counsel of record due to Rita Bosworth's departure.
Defense counsel requests to continue status conference
**Court grants request. Court ordered time excluded.**

**CASE CONTINUED TO: September 18, 2017 at 1:30 P.M. for status.**

**EXCLUDABLE DELAY:**
Category  - Effective preparation of counsel
Begins – 7/10/2017
Ends  - 9/18/2017

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Courtroom Deputy
Original: Efiled
CC: